UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| FIRST AMERICAN TITLE INSURANCE CO. | * | CIVIL ACTION NO. 22-662 |
| | * | |
| | * | SECTION: "H"(1) |
| VERSUS | * | |
| | * | JUDGE JANE TRICHE MILAZZO |
| 2500 LOUISIANA AVENUE HEALTHCARE LLC AND CAMERON MANAGEMENT LLC | * | MAGISTRATE JUDGE JANIS VAN MEERVELD |
| *********************************** | * | |

ORDER

Before the Court is the Motion for Costs, Expenses, and Attorneys' Fees filed by 2500 Louisiana Avenue Healthcare, LLC ("2500 Louisiana"). (Rec. Doc. 31). The undersigned ruled that 2500 Louisiana is entitled to all costs, including reasonable attorney's fees, pursuant to the agreement between 2500 Louisiana and Cameron Management, LLC, ("Cameron") and referred the motion for calculation of those costs and fees to the Magistrate Judge. (Rec. Docs. 26, 33). The Magistrate Judge issued a Report and Recommendation on February 13, 2023.

The Court, after considering the memoranda, the exhibits, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date the parties have filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that 2500 Louisiana's Motion for Costs, Expenses, and Attorneys' Fees (Rec. Doc. 31) is **GRANTED**; Cameron shall pay 2500 Louisiana $31,828.50 in costs and reasonable attorneys' fees.

New Orleans, Louisiana, this 16th day of March, 2023.

JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE